

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00574-CV

Isabel **VALLADOLID**, Cynthia Colunga, and Patricia McGill,
Appellants

v.

Felipe **COLUNGA**, Jr.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-25446
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

DISMISSED

On February 25, 2025, appellants filed a motion to dismiss,[1] asking this court to dismiss their appeal because they no longer desire to prosecute the appeal. Appellants' motion to dismiss is granted and the appeal is dismissed.[2] *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] The motion to dismiss initially omitted the second page showing counsel's signature. On March 6, 2025, counsel for the appellants re-filed the motion with the omitted page.

[2] On February 13, 2025, counsel for appellee filed a motion to withdraw. Because the motion complies with Rule 6.5, the motion is granted. *See* TEX. R. APP. P. 6.5.